# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THELMA R. WELCH  
317 SOUTH INDEPENDENCE  
ROCKFORD, IL 61102  

SSN-xxx-xx-0647

Case Number: 04-75025

Case filed on: 10/7/2004  
Plan Confirmed on: 2/25/2005  

D Dismissed

Total funds received and disbursed pursuant to the plan: $26,918.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 683.71 | 683.71 | 0.00 | 0.00 |
|  | Total Priority | 683.71 | 683.71 | 0.00 | 0.00 |
| 999 | THELMA R. WELCH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 3,601.30 | 3,601.30 | 3,354.05 | 0.00 |
| 002 | DRIVE FINANCIAL SERVICES | 10,905.11 | 10,905.11 | 9,981.84 | 2,341.52 |
| 003 | GREEN TREE | 3,970.95 | 3,970.95 | 3,698.32 | 0.00 |
| 004 | KISHWAUKEE AUTO CORRAL | 3,400.00 | 3,400.00 | 3,166.57 | 0.00 |
| 024 | AMERICAN GENERAL FINANCE | 200.00 | 200.00 | 183.11 | 43.69 |
|  | Total Secured | 22,077.36 | 22,077.36 | 20,383.89 | 2,385.21 |
| 004 | KISHWAUKEE AUTO CORRAL | 880.60 | 880.60 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 10.28 | 10.28 | 0.00 | 0.00 |
| 007 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ASSOCIATE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DENTAL DESIGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | FN BANK OF BROOKLYN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAVALRY INVESTMENTS LLC | 2,263.73 | 2,263.73 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RICE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS/ | 1,022.07 | 1,022.07 | 0.00 | 0.00 |
| 018 | RMH PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD MERCANTILE AGENCY INC | 5,879.15 | 5,879.15 | 0.00 | 0.00 |
| 020 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AMERICAN MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AMERICAN GENERAL FINANCE | 5,478.21 | 5,478.21 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 398.32 | 398.32 | 0.00 | 0.00 |
| 026 | DONE RIGHT SEAL & STRIPE | 449.47 | 449.47 | 0.00 | 0.00 |
|  | Total Unsecured | 16,381.83 | 16,381.83 | 0.00 | 0.00 |
|  | Grand Total: | 41,506.90 | 41,506.90 | 22,747.89 | 2,385.21 |

Total Paid Claimant: $25,133.10  
Trustee Allowance: $1,784.90  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                    By  /s/Heather M. Fagan